United States District Court
Southern District of Texas
**ENTERED**
February 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHARON KOUTROUPIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-373 |
| | § | |
| R&R MATTRESS INVESTMENTS, LLC; | § | |
| dba MATTRESS DEPOT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Strike Defendants' Original Answer (D.E. 9). The Answer is ostensibly filed on behalf of Defendants:

- R&R Mattress Investments, LLC d/b/a Mattress Depot;

- R&B Mattress Stores Partnership, LLC;

- RM Depot, Inc.;

- RTL Mattress Investments, LLC d/b/a Mattress Depot; and

- KM Furniture Depot Investments, LLC.

D.E. 7. Each of these Defendants is either a corporation or a limited liability company, as evidenced by its name and Plaintiff's allegations, admitted in the purported answer. *See* D.E. 1 (Complaint, Part II); D.E. 7 (admitting the complaint's allegations regarding corporate status). However, the answer is signed by Robert Moreno, "Pro Se Defendant." D.E. 7. The only indication of Mr. Moreno's status is that he is the admitted registered agent for service of process for each Defendant. He does not appear to be a licensed

attorney or admitted to practice before the United States Courts for the Southern District of Texas.

Corporations and limited liability companies must be represented by a licensed attorney. "[S]ave in a few aberrant cases, the lower courts have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (footnote omitted). This rule applies to limited liability companies as artificial business entities. *Apogee Telecom, Inc. v. Dungan*, No. A-16-CA-00061-SS, 2016 WL 9308329, at *3 (W.D. Tex. Sept. 23, 2016).

For this reason, the Court **GRANTS** the motion (D.E. 9) and **STRIKES** the answer (D.E. 7). Defendants may file a new answer or answers on or before **March 19, 2018**. **Failure to do so may result in this Court treating Defendants as being in default and subject to judgment by default.**

**ORDERED this 15th day of February, 2018.**

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE