United States District Court
Southern District of Texas
**ENTERED**
January 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHARON KOUTROUPIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-233 |
| | § | |
| R&R MATTRESS INVESTMENTS, LLC, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the parties' joint stipulations of dismissal (D.E. 42 and 44), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 22nd day of January, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE